UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: CV-07-00772

| | |
|---|---|
| John C. Bergquist III <br><br> Plaintiff, <br> v. <br><br> Harrison Ross Byck, Esquire P.C. <br><br> Defendant. | The Honorable Joy Conti Flowers/Mag. Judge Lisa Pupo Lenihan <br><br><br> **STIPULATION OF DISMISSAL** <br><br><br> JURY TRIAL DEMANDED |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

Dated:  August 8, 2007            Respectfully submitted,

                                          JEFFREY L. SUHER, P.C.

                                          By:  **s/Jeffrey L. Suher**
                                          Jeffrey L. Suher, Esquire
                                          4328 Old William Penn Highway, Suite 2J
                                          Monroeville, PA 15146
                                          Telephone:  (412) 374-9005
                                          Facsimile: (412) 374-0799
                                          lawfirm@jeffcanhelp.com
                                          Attorney for Plaintiff

Dated:  August 8, 2007            **By:  s/Brett W. Farrar**
                                            Brett W. Farrar, Esquire
                                            Dickie McCamey & Chilcote, P.C.
                                            Two PPG Place, Suite 400
                                            Pittsburgh, PA 15222
                                            412-281-7272
                                            412-392-5367 (fax)
                                          **Attorney for Defendant**